## Kaufmann Estate

Before Klein, P. J., Bolger, Hunter, Lefever, Saylor and Shoyer, JJ.

402

408

410

*Reuben Singer* and *Meade & Singer*, for petitioner.
*Benjamin F. Boyer*, amicus curiae.

PER CURIAM, March 26, 1954.—The petition in this matter was presented to the court en banc, and referred to Klein, P. J., to hold a hearing to determine the facts and enter an appropriate decree.

We concur in Judge Klein's findings of fact and conclusions of law and decree, and, therefore, March 26, 1954, we adopt his opinion as the opinion of the court en banc.

Lefever, J., did not participate in the decision in this case.